IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SAMUEL DENNIS WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv69 |
| RISSIE OWENS | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Samuel Dennis Williams, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Divisioin, proceeding *pro se*, filed the above-styled civil rights lawsuit  pursuant to 42 U.S.C. § 1983.

The court previously  referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed for failure to state a claim and as frivolous.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  Plaintiff filed objections to the Report and Recommendation.

The  court has conducted  a *de novo* review of the objections.  After careful consideration, the court is of the opinion the objections are without merit.  The magistrate judge correctly concluded that consideration of plaintiff's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

ORDER

Accordingly, plaintiff's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered dismissing this lawsuit in accordance with the

magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this **7**   day of **June, 2007.**


_____
Ron Clark, United States District Judge